Northern District Of Ohio
455 John F. Seiberling Federal Building
US Courthouse
2 South Main Street
Akron, OH 44308

**Case No. 15−52173−amk**

**In re:**

Chadwick D Klein
486 S. Kaser Dr.
Wadsworth, OH 44281

Rachael M Klein
**Aka** −Rachael M Bachman
486 S. Kaser Dr.
Wadsworth, OH 44281

**Social Security No.:**

xxx−xx−6439

xxx−xx−6338

## FINAL DECREE

The Court, in reliance upon the certification of the case trustee, finds that the estate of the debtor(s) has been fully administered.

☐ The deposit required by the Plan has been distributed.

**It is therefore Ordered that:**

☑ Robert S. Thomas II is discharged as Trustee of the estate of the debtor and any bond required by 11 U.S.C. § 322 is cancelled.

☑ The Chapter 7 case of the debtor(s) is closed; and

☐ Other provisions as needed.

**Dated:** August 2, 2016
Form ohnb136a

**BY THE COURT**
/s/ Alan M. Koschik
United States Bankruptcy Judge